UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 02062
  CHRISTOPHER D CALLAHAN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

       Debtor
  SSN XXX-XX-9942
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

  Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1. The case was filed on 02/07/07 and confirmed on 05/23/07.

  2. The case was dismissed after confirmation, 09/21/2007.

  3. The Debtor paid a total of $    900.00 .

  4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DEUTSCHE BANK NATIONAL T | CURRENT MORTG | .00 | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | MORTGAGE ARRE | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 19604.80 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| CREDIT ACCEPTANCE | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| RITA LERIGER | CURRENT MORTG | .00 | .00 | .00 |
| TIMOTHY CALLAHAN | CURRENT MORTG | .00 | .00 | .00 |
| JUANA CALLAHAN | CHILD SUPPORT NOT FILED | | .00 | .00 |

         Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 19604.80 | .00 | .00 | .00 | 19604.80 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, JOHN A REED                , was allowed $   3000.00
and was paid $    626.00  direct and $    876.60  through the plan.

The Trustee received $     23.40 .

Refunds to the Debtor totaled $       .00 .

  Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 12/19/07                    /s/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE